IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 01-20383

Summary Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NANA AMPADUSACKEY,

Defendant-Appellant.

---

Appeal from the United States District Court
For the Southern District of Texas

---

(H-00-CR-347-2)
March 19, 2002

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Nana Ampadusackey pled guilty to two counts of bank fraud, aiding and abetting, and three counts of making false statements in violation of 18 U.S.C. §§ 1344, 2, and 1011. Ampadusackey argues that the district court committed reversible error and violated Rule 11 of the Federal Rules of Criminal Procedure when it failed to admonish him that he could be liable for restitution in the amount of $61,283.74, but ordered restitution at sentencing.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

A review of the record confirms that the district court did not admonish Ampadusackey on the possibility of restitution. But the district court did inform Ampadusackey that he was potentially liable for $2,750,000 in fines. Accordingly, the omission of an admonishment on the issue of restitution constitutes harmless error.[1] AFFIRMED.

---

[1] *United States v. Glinsey*, 209 F.3d 386, 394 (5th Cir. 2000).